EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Medidas judiciales para atender emergencias causadas por la Tormenta Tropical Gabrielle | 2013 TSPR 99  189 DPR ____ |
|---|---|

Número del Caso: EM-2013-09

Fecha: 5 de septiembre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

EM-2013-9

In re:

Medidas judiciales para
atender emergencias
causadas por la Tormenta
Tropical Gabrielle

RESOLUCIÓN

San Juan, Puerto Rico, a 5 de septiembre de 2013.

El 4 de septiembre de 2013, el Servicio Nacional de Meteorología emitió un aviso para Puerto Rico por el paso de la tormenta tropical Gabrielle. En vista de ello, y salvaguardando la seguridad de los empleados, funcionarios y la ciudadanía que acude a los Tribunales, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante el día de hoy, 5 de septiembre de 2013, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el día de hoy, 5 de septiembre de 2013, como si fuera un día feriado.

Cualquier término a vencer ese día, se extenderá hasta el viernes, 6 de septiembre de 2013.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                            Secretaria del Tribunal Supremo